## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| M.E.T., et al., | : | |
| Plaintiffs, | : | Civil Action No. 09-6044 (SDW) |
| v. | : | |
| | : | **ORDER** |
| MEMORIAL SLOAN KETTERING CENTER, et al., | : | |
| Defendants. | : | March 29, 2010 |
| | : | |
| | : | |
| | : | |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION
### OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed February 09, 2010, regarding Plaintiff's motion to remand pursuant to 28 U.S.C. § 1447(c) to the Superior Court of New Jersey, Law Division, Union County.  Defendants have not submitted opposition to the motion to remand. No objections to the R&R were filed.

The Court has reviewed the R&R and the briefs and documents on file in this matter. Based on the foregoing, and for good cause shown,

IT IS, on this 29th day of March, 2010,

**ORDERED** that the R&R of Magistrate Judge Arleo filed February 09, 2010, is **ADOPTED** as the conclusions of law of this Court; and it is further

**ORDERED** that Plaintiffs' motion seeking to remand the pending matter (Docket Entry No. 5) is **GRANTED,**

**ORDERED** that Defendant's motion to dismiss (Docket Entry No. 7) is **MOOT.**

s/ Susan D. Wigenton, U.S.D.J.

cc:    Magistrate Judge Madeline C. Arleo